# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148241

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

                SC: 148241
                COA: 311055
                Oakland CC: 2011-236092-FH

ARSENIO DEANDRE HENDRIX,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the October 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



                   Clerk

s0224